# Order

**Lansing, Michigan**

December 1, 2017

Stephen J. Markman,
Chief Justice

156581(60)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT LEROY HOUGHTALING,
      Defendant-Appellant.
_____/

SC: 156581
COA: 330547
Huron CC: 15-305923-FH

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED.  The reply filed on November 16, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2017



Clerk